Grievance filed by the plaintiff.



# TRI-COUNTY DETENTION CENTER

## DETAINEE / OFFENDER
## GRIEVANCE FORM / RECLUSA QUEJA

**FOR OFFICE USE ONLY**

GRIEVANCE # _____

DATE RECEIVED: _____

DATE DUE: _____

GRIEVANCE CODE: _____

INVESTIGATOR: _____

EXTENSION DATE: _____

DATE RETURNED TO: _____
DETAINEE/OFFENDER: _____

NAME / NOMBRE: Boovslow Mottox

NUMBER / NUMERO: A# 057722411

DATE / FECHA: 8-20-2012

HOUSING / ASIGNACION DE LA CELULA: HEALTH CARE

UNIT WHERE INCIDENT OCCURRED / UNIDAD DONDE
OCCURRION EL INCIDENTE: JEFFERSON COUNTY JAIL

YOU MUST ATTEMPT TO RESOLVE YOUR PROBLEM WITH A STAFF MEMBER BEFORE YOU SUBMIT A FORMAL COMPLAINT. THE ONLY EXCEPTION IS WHEN APPEALING THE RESULT OF A DISCIPLINARY HEARING.

USTED DEBE ATEMPT RESOLVER SU PROBLEMA CON Un MIEMBRO Del PERSONAL ANTES DE QUE USTED SOMETA Una DEMANDA OFICIAL, LA UNICA EXCEPCION ES ALABROGAR Los RESULTADOS De una AUDIENCIA DISCIPLINARIA

WHO DID YOU TALK TO? / CON QUIEN HABLO USTED? NAME/NOMBRE: WHITE SHIRT / SUPERINTENDENT

WHEN/CUANDO: 8-19-12 / 8-20-12

WHAT WAS THEIR RESPONSE / CUAL ERA SU RESPUESTA: _____

WHAT ACTION WAS TAKEN / QUE ACCION FUE TOMADA: _____

STATE YOUR GRIEVANCE IN THE SPACE PROVIDED. PLEASE STATE WHO, WHAT, WHERE, WHEN AND DISCIPLINARY CASE NUMBER IF APPROPRIATE. / INDICAR SU AGRAVIO EN EL ESPACIO PROPORCIONADO INDICAR FOR FAVOR A quein, que paso, cuando, donde, y NUMERO del CASODISCIPLINARIO SI es APROPIADO.

I Enclose Complaint on extra sheet of paper.

Thank You

# TRI-COUNTY DETENTION CENTER

ACTION REQUESTED TO RESOLVE YOUR COMPLAINT / ACCION SOLICITADA PARA RESOLVER SU QUEJA:

I enclose my request on extra sheet of paper.

DETAINEE/OFENDER SIGNATURE: _____  DATE: 8-21-12

GRIEVANCE RESPONSE / RESPUESTA DEL AGRAVIO:

This matter is currently under investigation. A review of all medical
documentation as well as Officer reports are being assessed at this
time. Further response to follow.

SIGNATURE AUTHORITY: _____  DATE: 8/22/12

### RETURNED BECAUSE / VUELTO PORQUE
1. Grievable Time Period Has Expired / El Periodo Espirado
2. No Documented Attempt at Informal Resolution / Niguna Tentativa En La Resolucion Informal
3. Originals Not Submitted / Originales No Sometidas
4. No Relief is Requested / No Se Solicita Ninguna Relevacion
5. Use of Vulgar, Indecent or Physically Threatening Language / Uso De Vulgaridad O Amenazas
6. The Issue Presented is Not Grievable / La Edicion Presentada No Es Grievable
7. Illegible or Incomprehensible / Illegibale O Incomprensible
8. Inappropriate / Inadecuado

May Resubmit This Form When Corrections Are Made
Resometer Esta Forma Cuando Se Hacen Las Correcciones

### OFFICE USE ONLY
Initial Submission _____ UCH Initials _____
Grievance # _____
Screening Criteria Used: _____
Date Read from Detainee/Offender: _____
Date Returned to Detainee/Offender: _____

2nd Submission _____ UCH Initials _____
Grievance # _____
Screening Criteria Used: _____
Date Read from Detainee/Offender: _____
Date Returned to Detainee/Offender: _____

# TRI-COUNTY DETENTION CENTER

## DETAINEE/OFFENDER
## GRIEVANCE FORM / RECLUSA QUEJA

| FOR OFFICE USE ONLY |
|---|
| GRIEVANCE # _____ AUG 22 AM 9:48 |
| DATE RECEIVED __12-014__ |
| DATE DUE __8/22/12__ |
| GRIEVANCE CODE _____ |
| INVESTIGATOR __Klan__ |
| EXTENSION DATE _____ |
| DATE RET'D TO DETAINEE/OFFENDER _____ |

**NAME** / NOMBRE: Boguslaw Matlok

NUMBER/NUMERO: 057922411

DATE/ FECHA: 08-22-12

HOUSING / ASIGNACIÓN DE LA CÉLULA:
HEALTH CARE UNIT

UNIT WHERE INCIDENT OCCURRED/ UNIDAD DONDE
OCURRIÓ EL INCIDENTE: JEFFERSON COUNTY JAIL

YOU MUST ATEMPT TO RESOLVE YOUR PROBLEM WITH A STAFF MEMBER BEFORE YOU SUBMIT A
FORMAL COMPLAINT. THE ONLY EXCEPTION IS WHEN APPEALING THE RESULTS OF A DISCIPLINARY
HEARING. USTED DEBE ATEMPT RESOLVER SU PROBLEMA CON Un MIEMBRO Del PERSONAL ANTES DE QUE
USTED SOMETA Una DEMANDA OFICIAL. La ÚNICA EXCEPCIÓN ES AL ABROGAR Los RESULTADOS De una
AUDIENCIA DISCIPLINARIA.

WHO DID YOU TALK TO? / CON QUIEN HABLO USTED? NAME / NOMBRE: _____

WHEN/ CUANDO _____

WHAT WAS THEIR RESPONSE/ CUAL ERA SU RESPUESTA _____

WHAT ACTION WAS TAKEN / QUE ACCION FUE TOMADA _____

_____

STATE YOUR GRIEVANCE IN THE SPACE PROVIDED. PLEASE STATE WHO, WHAT, WHEN, WHERE, AND
DISCIPLINARY CASE NUMBER IF APPROPRIATE. INDICAR SU AGRAVIO EN EL ESPACIO PROPORCIONADO.
INDICAR POR FAVOR A utteas, qué pasa, cuando, donde, y NUMERO del CASO DISCIPLINARIO si A PROPIADO

I HAVE BEEN ASSOULTED BY CORRECTIONAL OFFICER FLEMING
ON 8-18-12. FALLOWING THIS INCIDENT, MY NERVE (I BELIEVE)
WAS INJURE. I HAVE PAIN IN MY UPPER BACK ALONG WITH
TINGLING SHOOTING DOWN TO MY LOWER BACK SINCE 8-18-12

ITS REALLY BOTHERING ME AT DAY and NIGHT.

# TRI-COUNTY DETENTION CENTER

OR REQUESTED TO RESOLVE YOUR COMPLAINT /ACCIÓN SOLICITADA PARA RESOLVER SU QUEJA

I WANT TO SEE THE SPINE DOCTOR AT THE CLINIC
FOR DIAGNOSE, AND TO HAVE PROPER TREATMENT.

INEE/OFFENDER SIGNATURE: _____     DATE: 8-22-12

VANCE RESPONSE/ RESPUESTA DEL AGRAVIO

you are scheduled to see our nurse practioner
today - She @ increased your pain meds
and will see how that works

TURE AUTHORITY: Karen Baines RN NSA     DATE: 8/22/12

SE/ VUELTO PORQUE:
Period Has Expired/ El Período Ha Expirado
Attempt At Informal Resolution/ Ninguna
Resolucion Informal '
ibmitted/ Originales No Somadas '
uested / No Se Solicita Ninguna Relevacion '
idecent or Physically Threatening Language / Uso
' Amenazas '

OFFICE USE ONLY
Initial Submission _____     UKH Initials: _____
Grievance #  12-014
Screening Criteria Used
Date Recd from detainee/offender     8/22/12
Date Returned to detainee/offender     8/22/12



# TRI-COUNTY DETENTION CENTER

## DETAINEE / OFFENDER
## GRIEVANCE FORM / RECLUSA QUEJA

NAME / NOMBRE: Boguslaw Matlak

NUMBER / NUMERO: 057922411

DATE / FECHA: 08-31-2012

HOUSING / ASIGNACION DE LA CELULA: INF.

UNIT WHERE INCIDENT OCCURRED / UNIDAD DONDE
OCCURRION EL INCIDENTE: N/A

| FOR OFFICE USE ONLY |
| --- |
| GRIEVANCE # |
| DATE RECEIVED: |
| DATE DUE: |
| GRIEVANCE CODE: |
| INVESTIGATOR: |
| EXTENSION DATE: |
| DATE RETURNED TO |
| DETAINEE/OFFENDER: |

YOU MUST ATTEMPT TO RESOLVE YOUR PROBLEM WITH A STAFF MEMBER BEFORE YOU SUBMIT A FORMAL COMPLAINT. THE ONL
EXCEPTION IS WHEN APPEALING THE RESULT OF A DISCIPLINARY HEARING.

USTED DEBE ATEMPT RESOLVER SU PROBLEMA CON Un MIEMBRO Del PERSONAL ANTES DE QUE USTED SOMETA Una DEMANI
OFICIAL, LA UNICA EXCEPCION ES ALABROGAR Los RESULTADOS De una AUDIENCIA DISCIPLINARIA

WHO DID YOU TALK TO? / CON QUIEN HABLO USTED? NAME/NOMBRE: N/A

WHEN/CUANDO: N/A

WHAT WAS THEIR RESPONSE / CUAL ERA SU RESPUESTA: N/A

WHAT ACTION WAS TAKEN / QUE ACCION FUE TOMADA: N/A

STATE YOUR GRIEVANCE IN THE SPACE PROVIDED. PLEASE STATE WHO, WHAT, WHERE, WHEN AND DISCIPLINARY CASE NUMBER
APPROPRIATE. / INDICAR SU AGRAVIO EN EL ESPACIO PROPORCIONADO INDICAR FOR FAVOR A quien, que paso, cuando, donde
NUMERO del CASODISCIPLINARIO SI es APROPIADO.

I ENCLOSE MY APPEAL TO A GRIEVANCE ON
EXTRA SHEET OF PAPER.

# TRI-COUNTY DETENTION CENTER

N/A

ACTION REQUESTED TO RESOLVE YOUR COMPLAINT / ACCION SOLICITADA PARA RESOLVER SU QUEJA:

I M REQUESTING REVIEW TO THE GREVANCE AND INVESTIGATION.

DETAINEE/OFENDER SIGNATURE: _____ DATE: 08-31-2012

GRIEVANCE RESPONSE / RESPUESTA DEL AGRAVIO:

SIGNATURE AUTHORITY: _____ DATE: _____

| RETURNED BECAUSE / VUELTO PORQUE | OFFICE USE ONLY |
|---|---|
| 1. Grievable Time Period Has Expired / El Periodo Espirado | Initial Submission _____ UCH Initials _____ |
| 2. No Documented Attempt at Informal Resolution / Niguna Tentativa En La Resolucion Informal | Grievance # _____ |
| 3. Originals Not Submitted / Originales No Sometidas | Screening Criteria Used: _____ |
| 4. No Relief is Requested / No Se Solicita Ninguna Relevacion | Date Read from Detainee/Offender: _____ |
| 5. Use of Vulgar, Indecent or Physically Threatening Language / Uso De Vulgaridad O Amenazas | Date Returned to Detainee/Offender: _____ |
| 6. The Issue Presented is Not Grievable / La Edicion Presentada No Es Grievable | 2nd Submission _____ UCH Initials _____ |
| 7. Illegible or Incomprehensible / Illegibale O Incomprensible | Grievance # _____ |
| 8. Inappropriate / Inadecuado | Screening Criteria Used: _____ |
| | Date Read from Detainee/Offender: _____ |
| May Resubmit This Form When Corrections Are Made Resometer Esta Forma Cuando Se Hacen Las Correcciones | Date Returned to Detainee/Offender: _____ |



# TRI-COUNTY DETENTION CENTER

**PALADIN Eastside**

### DETAINEE / OFFENDER
### GRIEVANCE FORM / RECLUSA QUEJA

NAME / NOMBRE: __Boguslaw Matlak__

NUMBER / NUMERO: __A# 057-922-411__

DATE / FECHA: __//__ __September 1, 2012__

HOUSING / ASIGNACION DE LA CELULA: __Infirmary 2__

UNIT WHERE INCIDENT OCCURRED / UNIDAD DONDE
OCCURRION EL INCIDENTE: _____n/a_____

| FOR OFFICE USE ONLY |
| --- |
| GRIEVANCE # _____ |
| DATE RECEIVED: |
| DATE DUE: |
| GRIEVANCE CODE |
| INVESTIGATOR |
| EXTENSION DATE |
| DATE RETURNED TO |
| DETAINEE / OFFENDER |

YOU MUST ATTEMPT TO RESOLVE YOUR PROBLEM WITH A STAFF MEMBER BEFORE YOU SUBMIT A FORMAL COMPLAINT. THE ON[?] EXCEPTION IS WHEN APPEALING THE RESULT OF A DISCIPLINARY HEARING.

USTED DEBE ATEMPT RESOLVER SU PROBLEMA CON Un MIEMBRO Del PERSONAL ANTES DE QUE USTED SOMETA Una DEMAN[?] OFICIAL, LA UNICA EXCEPCION ES ALABROGAR Los RESULTADOS De una AUDIENCIA DISCIPLINARIA

WHO DID YOU TALK TO? / CON QUIEN HABLO USTED? NAME/NOMBRE: _____

WHEN/CUANDO: _____

WHAT WAS THEIR RESPONSE / CUAL ERA SU RESPUESTA: _____

WHAT ACTION WAS TAKEN / QUE ACCION FUE TOMADA: _____

STATE YOUR GRIEVANCE IN THE SPACE PROVIDED. PLEASE STATE WHO, WHAT, WHERE, WHEN AND DISCIPLINARY CASE NUMBER[?] APPROPRIATE. / INDICAR SU AGRAVIO EN EL ESPACIO PROPORCIONADO INDICAR FOR FAVOR A quein, que paso, cuando, donde[?] NUMERO del CASODISCIPLINARIO SI es APROPIADO.

~~I enclose my complaint along with request on extra sheet of paper.~~

# TRI-COUNTY DETENTION CENTER

**n/a**

ACTION REQUESTED TO RESOLVE YOUR COMPLAINT / ACCION SOLICITADA PARA RESOLVER SU QUEJA:

**I enclose my request on extra sheet of paper.**

DETAINEE/OFENDER SIGNATURE: _____ DATE: 9-11-12

GRIEVANCE RESPONSE / RESPUESTA DEL AGRAVIO:

SIGNATURE AUTHORITY: _____ DATE: _____

| RETURNED BECAUSE / VUELTO PORQUE | OFFICE USE ONLY |
|---|---|
| 1. Grievable Time Period Has Expired / El Periodo Espirado | Initial Submission _____ UCH Initials _____ |
| 2. No Documented Attempt at Informal Resolution / Niguna Tentativa En La Resolucion Informal | Grievance # _____ |
| 3. Originals Not Submitted / Originales No Sometidas | Screening Criteria Used: _____ |
| 4. No Relief is Requested / No Se Solicita Ninguna Relevacion | Date Read from Detainee/Offender: _____ |
| 5. Use of Vulgar, Indecent or Physically Threatening Language / Uso De Vulgaridad O Amenazas | Date Returned to Detainee/Offender: _____ |
| 6. The Issue Presented is Not Grievable / La Edicion Presentada No Es Grievable | 2nd Submission _____ UCH Initials _____ |
| 7. Illegible or Incomprehensible / Illegiabe O Incomprensible | Grievance # _____ |
| 8. Inappropriate / Inadecuado | Screening Criteria Used: _____ |
| | Date Read from Detainee/Offender: _____ |
| May Resubmit This Form When Corrections Are Made | Date Returned to Detainee/Offender: _____ |

## Grievance. Tri County Detention Center

08-20-2012

Correctional Officer Fleming put chain on me around my waist for no reason, because he couldn't handcuff me. While I was in the van I learn that the handcuff on the chain was unlocked. I want to know what was the purpose of the chain being on my waist ? And why officer used the chain to picking me up and throwing me in to the van while I have doctor orders for special transportation handicap van. I m disable with a lot medical problems prior my accidents in the pass. Correctional Officer acting under color of state law were deliberate indifferent when he negligence his duties to obtain medical care to a detainee who needs medical special needs. Violating the 8th amendment rights in the Illinois Constitutional of 1970

Request:

I' am requesting interior investigation on Officer Fleming for his action.

Boguslaw Matlak. A No: 057922411

OFFICIAL SEAL
ALICE SHEIBLE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/27/13

08/22/2012

Grievance. Tri County Detention Center                                08-20-2012

On 8-18-2012 I have been harmed by Tri County Officer Fleming, fallowing the incident after a great deal of pleading, I was carried to the medical dispensary for general examination. The pain level was around (5) and after brief examination, the on duty nurse state that I'm on the doctor appointment list. I was placed in the Medical Health Care Unit observation cell.

 After the next day on 8-19-12 approx. 11:00Am I woke up with even more pain in my upper back, and with some tingling on my shoulders blades shooting down to my kidneys area. I notify the nurse immediately asking for back examination, the on duty nurse did not observed any drastic changes, it was unremarkable examination. Fallowing the next day 8-20-12 the pain along with the tingling have been continuously hurting and bothering me. At 15:25Pm I spoke with the nurse asking what can be the reason of having this type tingling in my upper/lower back. She indicate that may by pinch nerve in thoracic vertebra and the nurse couldn't tell me or this is temporary problem or not.

The actions taken or lack there of, by Officer Fleming was nothing short of completely disregard of my rights. Now I suffering from physical damage to my spine, something that could have easily been avoided, had the proper and necessary steps been taken.

Request:

Disciplinary action toward Correctional Officer Fleming for his action and also spine evaluation in the clinic.

Boguslaw Matlak. A No: 057922411

OFFICIAL SEAL
ALICE SHEIBLE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/27/13

08/22/2012

## Grievance. Tri County Detention Center                          08-20-2012

On 8-18-12 I have been told by Correctional Officer at Jefferson County Jail to get ready for transfer. On 11:40Am I was called by Tri County Officer Fleming to fallow him with approximately 11 inmates, everyone enter the van and took sit. There was only 2 empty seats at front where was impossible for me in my medical condition to sit normal and safe, because the distance (free space) between the seat and front plastic wall was about 15 inches. I refused to enter the van and I sit down on the ground next to the van, I pulled my doctor orders that clearly say about my medical condition and special needs. The Correctional Officer said to me (I don't care and don't piss me of smart ass) C/O did not offered help or assistance for me. I refused go in to the van, Officer Fleming approach to me and with heavy anger picking me up and dragging me to the van using the chain around my waist throwing me in to the van at the front seat. He try to close the side door but he couldn't because my leg is not bending so he was pushing me against another inmate that was also sitting at the front seat... The 90 minutes drive in improper position was very uncomfortable and painful.

I' am very very upset of this situation that took place at Jefferson County Jail. This was a complete disregard of my 8th amendment rights, and these violations have caused me excessive unnecessary pain and suffering.

## Request:

I am requesting an investigation regarding this incident, I want to know why Correctional Officer Fleming assault me while I'm disable? I also requesting MRI to my spine and proper treatment.

Boguslaw Matlak. A No: 057922411

```
OFFICIAL SEAL
ALICE SHEIBLE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/27/13
```

08/22/2012

08-21-2012

Correctional Officer Fleming failed to fallow the protocol during his duties on day 18, of August 2012,

U.S. Immigration and Customs Enforcement, National Detainee Handbook Detention Management Division clearly state's on page 8, topic (12) : Use Of Force:

Officers may use physical force only after all reasonable efforts to resolve a detainee situation have failed. Officers shall use a little force as necessary to:

- Gain control of the detainee;
- Protect and ensure the safety of detainees, staff and others;
- Prevent serious property damage; and
- Ensure the security and orderly operation of the facility.

Physical restrain shall be used only under specified condition to gain control of a detainee who is endangering himself, herself, or others.

Boguslaw Matlak
A# 057-922-411

Grievance.                                                                08-22-2012

Correctional Officer $\overline{TC\ 24}$ did not help me at this situation that took place at Jefferson County Jail on 8-18-2012. The Officer was watching the whole incident without intervention. Correctional Officer ___ $\overline{TC24}$ helped to Officer Fleming closing the side door and, also pushing my leg.

I have been treated like series dangerous criminal, this is unfair to me.

I refused go on the van for reason. I' m not like every other inmate in here, I' m disable and I should be treated differently way than others. During the incident I try to request for a Sergeant or Immigration agent but they coordinators didn't lessen tome or even spoke to me. Without offering me help or anything I was throw in to the van like a garbage bag!!!! Me and my family working on it to get copy of the video to show what happened.

This is so painful physically and emotional to me, now I' m suffering. They shouldn't be drivers because Officer Fleming seems to have anger management problem, because the way he was acting wasn't normal.

Just because I'm an inmate I' m not going let people put hands on me and me being quiet about it. They need to take responsibility for their own actions. I'm so mad to this situation and everybody knows that this was wrong procedures. Now I have to suffer...

                                        Boguslaw Matlak

                                        A No: 057922411

September 11, 2012

On September 11, 2012 I was told by Lt. Sparlock to get ready for transport to outside hospital for my spine treatment. I asked Lt. Sparlock what vehicle he willing to use for transport, he "answered the same van you come here", after he said that I refused to go on the van and the Lieutenant close my cell door and called the nurse for refusal sheet, but I refused to signet. After few minutes the ICE agent approach to my cell door and he start talking to me even when I told him 3 times to leave me alone, he try to convinced me to go, also he said that I will be the only person in the van, after the conversation I decide to go.

Approximately 10:00 am I was taken to sally port, when we approach the van officer try to handcuff me and because of that I try to refuse once again, but at the same time I really need to go and receive the treatment I need, also he c/o told me it is procedures being transported secured and he have to cuff me, I agree to be handcuff and shackle
I entered the van with officer help and I took sit in the middle row where was pretty much space for me to sit. Handcuff and shackle was placed on me for security reasons.

I should be treated like that by correctional officers Flaming and Brown when I was transported on 8-18-12, also in my respond to my grievance from Lt. Sparlock he state: "Correctional Transport Staff operated with their scope of training in accordance with the Performance Based National Detention Standards," The officers did everything wrong from the beginning, because officer Fleming did not warned me verbally before he used physical force ,also he never talk about any solutions for my placement in the van and he never try to help me.  While I was in the van I learn that the handcuff on the chain was unlocked and shackles were never placed on my feet, however correctional officer Fleming and Brown never took responsibilities for leaving me in the van unsecured. The transportation rules are that any inmate inside the van has to be secured! Why officers did not get any disciplinary actions for that? I have a witness for that also is on the security camera video, this is unfair to me because I have to suffer now and the officers still doing the job wrong and putting them self and others people in dangerous situations. I will go forward with this because I am very upset what he did to me, it was painful, shameful, I felt so low like never before, for you its may be no big deal but everybody is different, for me was big deal and because all of that I have to also go for mental health doctor because I felt helpless. He was 100% wrong and he never apologize me for what he done.

### Request:

**My request is I want officers Fleming and Brown to take full responsibility for they actions for violating Tri County Detention Center procedures of transportation rules and putting them self and other in danger.**

OFFICIAL SEAL
ALICE SHEIBLE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/27/13

Alice Sheible   09-13-2012

Boguslaw Matlak

A-057-922-411

Administration Respond.

August 30, 2012

Lieutenant Scott Spurlock

Tri-County Justice and Detention Center

Ullin il  62992

Attention: Detainee Matlak, Boguslaw  A057922411

      This is in response to your grievance. A review of all medical documentation provided by you, as well as all medical documentation provided in your detention file concerning previous injuries you have sustained and make reference to, <u>wheelchair use for extended transportation instead of walking.</u> The review found none of these documents state that a medical transport vehicle will be provided in order for you to be transported from one destination to another. <u>Furthermore,</u> the <u>NRC SPECIAL NEEDS PERMIT</u> provided by you, is dated for March 9, 2012 and is signed by the provider as a <u>30 day permit only</u>, and is now expired.

      By your own admission you state after you refused to enter the facility transport van, you placed yourself on the ground next to the van, in any attempt not to cooperate with the facility staff and refused all instruction of the transport staff.

      Based on all reports staff offered you assistance on to the transport vehicle, to which you again refused, and then placed yourself onto the floor of the Jefferson County sally port refusing all staff assistance. Additional transport staff also verified in their reports staff requested numerous times for your cooperation to enter the transport vehicle before any assistance was provided by staff. Correctional Officers are permitted to use force after all reasonable efforts to gain a detainees willing cooperation have failed. The Transport Staff only used the amount of force necessary to gain control and your placement in a secure location in this instance being the transport vehicle.

Findings: After a review of this case it has been determined that the Correctional Transport Staff operated within their scope of training in accordance with the Performance Based National Detention Standards.

                                  Lieutenant Scott Spurlock

Boguslaw Matlak
057922411
Tri-County Detention Center
September 5th, 2012

Re: Grievance Appeal

Mr. Boguslaw,

After thorough review of your grievance including all reports, statements, along with the
supporting documentation you provided, titled "Notice of Response".

You made a conscious decision to place yourself on the floor of the Jefferson County sally port after
ambulating to the transportation vehicle with the aid of a walker. On numerous occasions your
cooperation was requested, for which you refused to comply with instruction provided by the
correctional staff resulting in a significant security issue. It is your failure to cooperate that resulted
in the correctional staff having to physically place you in the transportation vehicle. Additionally
your continuous attempt to keep the Correctional Staff from securing the vehicle by placing your
foot between the doors preventing it closure further details your uncooperative demeanor.

As stated in your "Notice of Response" "Wheelchair for Transportation" is described to be utilized
for periods in which you would be would be required to stand for an undetermined length of time
or ambulate an undetermined distance.

**Findings**: As described above I conclude you failed to cooperate with correctional staff.
Furthermore the Tri-County Detention Center correctional staff utilized only the amount
of force necessary for your placement in the transportation vehicle, as well as the
security of that vehicle.

DAMON ACUFF                              WARDEN

September 5th 2012
DATE

Appeal filed by the plaintiff.

Warden Damon Acuff                                          September 8, 2012


On my understanding of your respond to my grievance, you agree with fact that it's ok I was harmed and injured. None of Yours or Lt. Sparlock responds to my complaints states about me being injured or harmed by Correctional Officer Fleming. On your findings you states that Officers utilized only the amount of force necessary for my placement in the transportation van: The amount of force, Officer Fleming used was enough to hurt me, also in your respond to me you didn't munched nothing about my medical condition I'm in. The 8th amendment rights was made to protect inmates from harm and unusual punishment, I know my constitutional rights and my rights have been violated.

In Jefferson County I have reason to refused, because I was concern about my health and I knew that the position that Officers try to placed me will be painful, I did placed myself on the ground, but I was 100% positive that Officers will not touch me at all. After I placed myself on the ground Officer Fleming approach me without offering me any help, or to trying find different solution to this situation and he did not warned me that he is going to use physical force to placed me in the van.

Why Officer Fleming did not offered my any help?

Why Officer Fleming did not warned me that he is going use physical force on me? And why he did not talk to me at all about different solution? Everything took about 20 seconds and there is no way in the world that he talks to me or try resolve the problem.

 This was an unusual situation and Officers should be more cooperative with me because I' am a disable person with a lot medical problems.

I will give you an example from different transportations Officers. While I was in Broadview, McHenry County Jail come to pick me up, after they saw me with the walker they called the supervisor to ask him for permission to take me on the bus also they asked to not to handcuff me.

 Why now the transportation staff tries to refuse to tell the true?

I have been hurt in process and now who is responsibility for that? It is my fault? And now I have to suffer? Because I refused go on this van?? I m reading book with prisoners rights and even if the Officer have reason to used physical force on inmate Officer also is responsibility for injury if any.

I am not satisfied with your respond to my grievance, and also I can't write to good English but I try my best and I' am not going to sit quiet and scared for telling the true.

I know my rights and I' am protect under 8th amendment rights, maybe officer Fleming don't know about these rights, but he violated my constitutional rights. My request is I want to know why Officer Fleming hurt me in process?

I want to know why Officer Brown did not help me in this unusual situation and why she helps Officer Fleming to place me on the van.?

I want to know who going to take responsibility for my injury?

And I want to know who Officers called to report my disciplinary actions and explain this unusual situation?.

I want take disciplinary actions toward Officers for what they done to me.

Boguslaw Matlak.
A-057-922-411

Boguslaw Matlak                                                                    August 30, 2012


I m appealing Lieutenant Scott Spurlock response to my Grievance from August 30, 2012.


Notice of Response


1.  Wheelchair use for extended transportation instead of walking.

Answer: My medical orders say's: Patient may use wheelchair for court and long distance.
        And my NRC special needs permit say's: Wheelchair for transportation.

2.  No of these documents state that a medical transportation vehicle will be provided in order for
    you to be transported.

Answer: Wheelchair for court and long distance means, if I leaving for outside court or any long
transportations I m signed to a wheelchair because of my medical condition and needs.

3.  Permit provide by you, is dated for march 9, 2012 and is signed by the provider as a 30 day
    permit only, and now is expired

Answer: While I was in the state prison I had no more movements or transportations, there was no
reason for me to update any of my medical documents.

4.  By your own admission you state after you refused to enter the facility van, you placed yourself
    on the ground next to the van

Answer: That is correct, I did placed myself on the ground next to the van.

5.  In any attempt not to cooperate with the facility staff and refused all instructions of the
    transport staff.

Answer: I did not refuse any instructions because there was no instruction from the staff, and I
didn't refuse cooperation with the staff. I did fallow all orders till we approach the van.

6.  Based on all reports staff offered you assistance on to the transport vehicle, to which you again
    refused, and then placed yourself onto the Jefferson County sally port refusing all staff
    assistance.

Answer: The Officer give me an order to get inside the van, I try explain myself regarding my
condition, but Officer Fleming said to me (don't piss me of you smart ass) after he told me that I sit
down on the ground next to the van, requesting for sergeant or I.C.E Agent.

7.  Additional transport staff also verified in their reports staff requested numerous times for your cooperation to enter the transportation vehicle before any assistance was provided by staff.

Answer: I was transported total 5 times including this one to. I was verbally refusing the transportation, but officers from different counties were talking to me offering help, and they were very cooperating with me. Jefferson, and McHenry Counties have different type of vans, they also not comfortable but, I was sitting by myself with more room.

8.  Correctional Officers are permitted to use force after all reasonable efforts to gain a detainees willing cooperation have failed.

Answer: The Correctional Officers try not to resolve the problem or to help me. They were not cooperating with me at all, there was no much talking and everything is captured on the security camera. The whole incident took maybe 20 seconds, how passably can you resolve problem in 20 seconds?.

9.  The Transport Staff only used the amount of force necessary to gain control and your placement in a secure location in this instance being the transport vehicle.

Answer: The Correctional Officer can use physical force on inmate after trying resolving the problem, but in my situation there was no attempt of resolving problem. When Officer was placing me  in the van, in process injuring my nerve in my spine (upper, lower back).

10. Findings: after a review of this case it has been determined that the Correctional Transport Staff operated within their of training in accordance the Performance Based national Detention Standards.

Answer: The Correctional Officers failed to fallow the protocol during they duties.

OFFICIAL SEAL
ALICE SHEIBLE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/27/13

*Alice Sheible* (signature)

09-04-2012

Boguslaw Matlak
*Boguslaw Matlak* (signature)
057922411

Dear Warden Acuff,                                                                          09-04-2012

On 08-18-2012 I have been harmed/assaulted by correctional officer Fleming at Jefferson County Jail. Brief statement of my complaint from August 2012.

On August 18, 2012 I have been told by Correctional Officer at Jefferson County Jail to get ready for transfer. On 11:40am I was called by Tri County Officer Fleming to fallow him with approximately 11 inmates, everyone enter the van and took sits. There were only two empty seats at front where was impossible for me in my medical condition to sit normal and safe like everybody else, the distance between front seat and plastic security screen was about 15 inches. I refused go into the van trying talk to the coordinators, but they ignore me what I have to say, then Correctional Officer Fleming said to me ((I don't care and don't piss me of you smart ass!)) after he said that to me I placed myself on the ground next to the van trying to pull out my doctor orders that says about my condition and special needs, also I try to request for a white shirt or I.C.E agent, but Officer Fleming approach to me without offering me any help, assistance or resolving the problem and then with heavy anger picking me up of the ground, dragging me toward the van, using the chain around my waist, throwing me into the front seat, trying close the door but he couldn't because my left leg doesn't bend, Officer Fleming called his partner for assistance, Officer TC-24 approach to me and start pushing my leg while Officer Fleming closed the side door. The 90 minutes long drive was very uncomfortable and painful.

I'm very upset regarding this situation, no actions has been taken toward Correctional Officers for their actions. I'm suffering because of what they done to me, I have tingling in my upper back shooting down to my lower back area and is very uncomfortable and painful!. I'm frustrated on this situation, Officer Fleming has no rights to put his hands on me at all!!! Maybe I'm immigrant from Europe but I also have constitutional rights just like him, you or anyone in this country.
Also I'm not satisfied with lieutenant Sparlock respond to my grievance I filed on this incident from August 18, 2012.
Please for revive of my complaints and take any actions toward transporters Officers.

Request:

I'm requesting for full investigation on this incident and copy of the video for my own record, also disciplinary action toward Officer Flaming for his actions while on duties.

Thank you,

                                                                          Respectful Regards,

                                                                          Boguslaw Matlak
                                                                          A# 057-922-411

General request filed by the plaintiff.



# PALADIN EASTSIDE
## PSYCHOLOGICAL SERVICES, INC.
www.PaladinEastside.com

**PALADIN Eastside**

# GENERAL REQUEST FORM

TO: SUPERINTENDEND
(NAME AND TITLE OF STAFF MEMBER)

DATE: 8-18-12

FROM: BOGUSLAW MATLAK A# 05792411

REGISTER NO: A-05792411

UNIT: HEALTH CARE UNIT

**DATE RECEIVED:** AUG 20 AM 11:01

**DATE RETURNED:** AUG 22 PM 3:01

**STAFF MEMBER:** _(signature)_

**SUBJECT** (BRIEFLY STATE YOUR QUESTION OR CONCERN AND SOLUTION YOU REQUESTING. CONTINUE ON BACK IF NECESSARY. YOUR FAILURE TO BE SPECIFIC MAY RESULT IN NO ACTION BEING TAKEN. IF NECESSARY, YOU WILL BE INTERVIEWED IN ORDER TO SUCESSFULLY RESPONE TO YOUR REQUEST)

ON 8-18-12 I HAVE BEEN TOLD BY C/O AT JEFFERSON COUNTY JAIL TO GET READY FOR TRANSFER. ON APPROXIMATELY 11:40 A.M. I WAS CALLED BY TRI COUNTY OFFICER TO FALLOW HIM WITH APPROX. ELEVEN INMATES, EVERYONE ENTER THE VAN AND TOOK SIT THERE WAS ONLY 2 EMPTY SEATS LEFT UP FRONT WHERE WAS NOT POSSIBLE FOR ME TO SIT NORMAL AND SAFE BECAUSE THE DISTANCE (Free space) BETWEEN THE SEAT AND FRONT PLASTIC WALL WAS ABOUT 15 INCH. I REFUSED TO ENTER THE VAN → TURN PAGE OVER.

(DO NOT WRITE BELOW THIS LINE)

**DISPOSITION:**
(STAFF MEMBER)

Please see attached documentation.

Lt. _(signature)_

I SIT ON THE GROUND NEXT TO THE VAN I PULL OUT MY DOCTOR ORDERS THAT CLEAR SAYS I NEED HANDICAP VAN FOR MY SPECIAL NEEDS. C/O IGNORE ME AND SAID "I DON'T CARE AND DON'T PISS ME OF SMART ASS" I REFUSED TO GO IN TO THE VAN SO HE APROACH TO ME AND WITH HAVY ANGER PICKING ME UP AND DRAGING ME TO THE VAN, THROWING ME ON THE FRONT SEAT THEN HE TRY TO CLOSE THE DOOR BUT HE COULDN'T BECAUSE MY LEG IS NOT BENDING. HE WAS PUSHING ME AGAINST ANOTHER INMATE..., THE 90 MIN. DRIVE IN UNPROPER POSSITION WAS VERY UNCOMFORTABLE AND PAINFULL I AM VERY, VERY UPSAD OF THIS SITUATION. THIS WAS A COMPLETE DISREGARD OF MY 8TH AMENDMENT RIGHTS, AND THESE VIOLATIONS HAVE CAUSE ME EXCESSIVE UNNECESSARY PAIN AND SUFFERING EMOTIONAL DISTRES.

I WOULD LIKE TO HAVE A NAME OR STAR NO. OF THIS MALE OFFICER SO I CAN FILED DIRECT COMPLAINT ON HIM FOR HIS ACTION THAT TOOK PLACE IN JEFFERSON COUNTY JAIL GARAGE DOCK AREA THANK YOU

8-18-12

**U.S. Immigration and Customs Enforcement**

Tri County Detention Center

# SPECIAL MANAGEMENT NOTIFICATION FORM

☐ FACILITY ISSUE         ☐ NEED TO NOTIFY ISSUE

NOTE: For Medical Services, you will still need to submit a sick call request to the Health Services Unit to be treated. **This is not the form used for that issue.** This form is to be used to advise ICE Management (CHICAGO) of an issue with this facility ONLY. **All other issues are to be reported on the Detainee Request Form.**

DETAINEE NAME: BOGUSLAW MATCAK         A# 05M922411

NATIONALITY: POL.         ICE CUSTODY DATE: 7-20-12

JAIL ID A- 05792411         BLOCK & CELL: HEALTH CARE UNIT

**DETAINEE WOULD LIKE TO NOTIFY AN <u>ICE MANAGER</u> OF THE FOLLOWING ISSUE:** I WANT TO HAVE A COPY FROM THE SECURITY CAMERA THAT WAS RECORDING GARAGE DOCK AREA ON 8-18-2012 ON TIME ARROX. 11:30 AM AT JEFFERSON COUNTY JAIL. THANK YOU.

DETAINEE SIGNATURE: _[signature]_         DATE: 8-18-12

Received by ICE Manager on Date/Time/Name: 8-22-12

Copy Forwarded to: ☒ Facility ☒ ICE on
Date/Time/Name: 8-22-12    RIVAS

ICE MANAGER RESPONSE FROM: RIVAS         TITLE: SDDO

This request is related to the one sent on the same day previous. The matter is being addressed and forwarded

MANAGER SIGNATURE _[signature]_         DATE: 8-22-12



# PALADIN EASTSIDE
## PSYCHOLOGICAL SERVICES, INC.
www.PaladinEastside.com

**PALADIN Eastside**

# GENERAL REQUEST FORM

**TO:** Lt. SPURLOCK
(NAME AND TITLE OF STAFF MEMBER)

**DATE:** 9-3-12

**FROM:** Boguslaw Mottok

**REGISTER NO.** 05792291 l

**UNIT:** INF

**DATE RECEIVED:** SEP 4 AM 7:55

**DATE RETURNED:** SEP 4 AM 7:55

**STAFF MEMBER:** _____

**SUBJECT** (BRIEFLY STATE YOUR QUESTION OR CONCERN AND SOLUTION YOU REQUESTING. CONTINUE ON BACK IF NECESSARY. YOUR FAILURE TO BE SPECIFIC MAY RESULT IN NO ACTION BEING TAKEN. IF NECESSARY, YOU WILL BE INTERVIEWED IN ORDER TO SUCESSFULLY RESPONE TO YOUR REQUEST)

I WOULD LIKE TO HAVE COPY of THE
VIDEO FROM JEFFERSON COUNTY JAIL 8-18-12
FOR MY OWN RECORD.

THANK YOU.

**(DO NOT WRITE BELOW THIS LINE)**

**DISPOSITION:**
(STAFF MEMBER)

Your I.C.E. request has been faxed on 9/4/12
at 8:00 A.M.

I.C.E. Request reads the same.

Medical request filed by the plaintiff.



**PALADIN EASTSIDE**
PSYCHOLOGICAL SERVICES, INC.
TRI-COUNTY
DETENTION CENTER

# MEDICAL REQUEST

# Solicated De Asistencia Media

DATE: 8-19-12

FROM: BOGUSLAW MATLAK

REGISTER NO: 05792241

HOUSING UNIT: HEALTH CARE UNIT

DATE RECEIVED: ~~AUG 19 2012~~ AUG 20 2012 AM 10:32

DATE RETURNED: _____

STAFF MEMBER: _____

COPY

(Please Check One)    **Medical Complaint** ☑    **Dental Complaint** ☐

(Fecha De Solicitud)    **Oueja Medica**    **Oueja Dental**

**SUBJECT** (BRIEFLY STATE YOUR PROBLEM OR CONCERN. YOUR FAILURE TO BE SPECIFIC MAY RESULT IN NO ACTION BEING TAKEN. IF NECESSARY, YOU WILL BE INTERVIEWED IN ORDER TO SUCESSFULLY RESPONE TO YOUR REQUEST A COPY OF YOUR REQUEST WILL BE FILED IN YOUR RECORDS.) / (EXPLIQUE BREVEMENTE LA RAZON DE SU SOLICTUD. UNA DE SU SOLICTUD SERA ARCHIVADA EN SUS RECORDS.)

I HAVE CONCERN REGARDING MY SPINE. I HAVE PAIN AND TINGLING IN MY UPPER BACK, SHOULDERS BLADES AND THE TINGLING ARE SHOOTING DOWN TO MY KIDNEY AREA I NEVER HAVE THIS BEFORE PLEASE FOR EVALUATION. THANK YOU

INMATES SIGNATURE / FIRMA DEL PRESO _____

(DO NOT WRITE BELOW THIS LINE) / (NO ESCRIBA DEBAJO DE ESTA LINEA)

DATE REVIEWED: 8·20·12    SEEN IN MEDICAL DEPARTMENT ☑

ACTION TAKEN: Medicine fr pain will be available this pm - which is the Tramadol you are getting the Gabapentin

___ PLACED ON SICK CALL LIST    DATE OF APPOINTMENT: _____

___ PLACED ON DENTAL LIST    DATE OF APPOINTMENT: _____

MEDICAL STAFF SIGNATURE: X _____    DATE: 8·20·12



**PALADIN EASTSIDE**
PSYCHOLOGICAL SERVICES, INC.
TRI-COUNTY DETENTION CENTER

# MEDICAL REQUEST

# Solicated De Asistencia Media

DATE: 08-22-12

FROM: Boguslaw Matlok

REGISTER NO: 057922411

HOUSING UNIT: HEALTH CARE UNIT

| DATE RECEIVED: | AUG 22 2012 AM 7.11 |
| DATE RETURNED: | |
| STAFF MEMBER: | AUG 22 2012 AM 7.55 |

(Please Check One)        **Medical Complaint**        **Dental Complaint**
■                              □

(Fecha De Solicitud)        **Oueja Medica**        **Oueja Dental**

**SUBJECT** (BRIEFLY STATE YOUR PROBLEM OR CONCERN. YOUR FAILURE TO BE SPECIFIC MAY RESULT IN NO ACTION BEING TAKEN. IF NECESSARY, YOU WILL BE INTERVIEWED IN ORDER TO SUCESSFULLY RESPONE TO YOUR REQUEST A COPY OF YOUR REQUEST WILL BE FILED IN YOUR RECORDS) / (EXPLIQUE BREVEMENTE LA RAZON DE SU SOLICTUD. UNA DE SU SOLICTUD SERA ARCHIVADA EN SUS RECORDS.)

I WISH TO CHANGE MY MEDICATION TIMING FROM EVERY 12 H TO EVERY 8H
BECAUSE I HAVE TINGLING ALONG WITH PAIN IN MY BACK AND ITS
BOTHERING ME ALOT.
                    THANK YOU

INMATES SIGNATURE / FIRMA DEL PRESO

(DO NOT WRITE BELOW THIS LINE) / (NO ESCRIBA DEBAJO DE ESTA LINEA)

DATE REVIEWED: 8-22-12              SEEN IN MEDICAL DEPARTMENT □

ACTION TAKEN: HSA Karen OK'd 6-2-10 for
med timing

___ PLACED ON SICK CALL LIST        DATE OF APPOINTMENT: _____

___ PLACED ON DENTAL LIST           DATE OF APPOINTMENT: _____

MEDICAL STAFF SIGNATURE: Bradley k        DATE: 8-22-12

**PALADIN EASTSIDE**
PSYCHOLOGICAL SERVICES, INC.
TRI-COUNTY DETENTION CENTER

# MEDICAL REQUEST

# Solicated De Asistencia Media

DATE: 8-22-12

FROM: Boguslaw Matlok

REGISTER NO: 05792241l

HOUSING UNIT: HEALTH CARE UNIT.

DATE RECEIVED: AUG 23 2012 AM 8:55

DATE RETURNED: AUG 23 2012 AM 7:26

STAFF MEMBER:

(Please Check One)    Medical Complaint MENTAL HEALTH    Dental Complaint

(Fecha De Solicitud)    Oueja Medica    Oueja Dental

**SUBJECT** (BRIEFLY STATE YOUR PROBLEM OR CONCERN. YOUR FAILURE TO BE SPECIFIC MAY RESULT IN NO ACTION BEING TAKEN. IF NECESSARY, YOU WILL BE INTERVIEWED IN ORDER TO SUCESSFULLY RESPONE TO YOUR REQUEST A COPY OF YOUR REQUEST WILL BE FILED IN YOUR RECORDS) / (EXPLIQUE BREVEMENTE LA RAZON DE SU SOLICTUD. UNA DE SU SOLICTUD SERA ARCHIVADA EN SUS RECORDS.)

I WOULD LIKE TO SEE MENTAL HEALTH DOCTOR.
THE PAIN AND TINGLING AT MY BACK IS BOTHERING ME TO MUCH
AND I START FILING DEPRES AND HELPLESS AND EVERYTHING...
                                    THANK YOU

INMATES SIGNATURE / FIRMA DEL PRESO

(DO NOT WRITE BELOW THIS LINE) / (NO ESCRIBA DEBAJO DE ESTA LINEA)

DATE REVIEWED: 8·23·12                    SEEN IN MEDICAL DEPARTMENT

ACTION TAKEN: M NP list fr today

____ PLACED ON SICK CALL LIST    DATE OF APPOINTMENT: _____

____ PLACED ON DENTAL LIST    DATE OF APPOINTMENT: _____

MEDICAL STAFF SIGNATURE: _____ AN    DATE: 8·23·12

PALADINEASTSIDE, INC
TRI COUNTY DETENTION CENTER
1026 SHAWNEE COLLEGE ROAD
ULLIN, IL 62996

## PHYSICIAN/ADVANCED PRACTIONER
### TREATMENT PLAN

DETAINEE NAME _Matlak, Bogus/_ NUMBER _A057922411_   ALLERGIES _NKDA_
CHRONIC DISEASE _____   DOB _10-20-89_

SUBJECTIVE: _Meds changes? asking to see mental_
_health today also_

SIGNIFICANT HISTORY _____

VITAL SIGNS: T _98.0_  P _64_   R _14_   B/P _110/64_  WT _152_   BS _____   PULSE OX _____

ASSESSMENT: _#. Chronic pain (Back)_

PLAN: _P: Flexeril 10mg ÷ po TID x 3 mth_
_1 Gabapentin 600 mg ÷ po_
_TID x 3 mths_
_1 Tramadol 50 mg po TID_
_x 3 mths_

FOLLOW UP: NURSE VISIT _____   PRACTIONER VISIT _____

DATE _8-23-12_  TIME _1057_

_____
PHYSICIAN/PRACTIONER SIGNATURE



PALADIN EASTSIDE
PSYCHOLOGICAL SERVICES, INC.
TRI-COUNTY
DETENTION CENTER

# MEDICAL REQUEST

**COPY**

# Solicated De Asistencia Media

DATE: 08-26-12

FROM: Boguslaw Matlok

REGISTER NO.: 05792241l

HOUSING UNIT: INF

| | |
|---|---|
| DATE RECEIVED: | AUG 26 2012 A 10:32 |
| DATE RETURNED: | |
| STAFF MEMBER: | AUG 26 2012 P 3:42 |

(Please Check One)          **Medical Complaint**          **Dental Complaint**

(Fecha De Solicitud)          Oueja Medica          Oueja Dental

**SUBJECT** (BRIEFLY STATE YOUR PROBLEM OR CONCERN. YOUR FAILURE TO BE SPECIFIC MAY RESULT IN NO ACTION BEING TAKEN. IF NECESSARY, YOU WILL BE INTERVIEWED IN ORDER TO SUCESSFULLY RESPONE TO YOUR REQUEST A COPY OF YOUR REQUEST WILL BE FILED IN YOUR RECORDS) / (EXPLIQUE BREVEMENTE LA RAZON DE SU SOLICTUD. UNA DE SU SOLICTUD SERA ARCHIVADA EN SUS RECORDS.)

TODAY I WOKEUP WITH PAIN IN MY BACK.
MY BACK FEEL'S LIKE IS ON FIRE, I HAVE
TINGLING AND PAIN ALONG WITH FIRE. I BELIEVE
THAT MY INJURY GETTING WORSE

INMATES SIGNATURE / FIRMA DEL PRESO _____     PLEASE FOR DIAGNOZE AND
MRI BEFORE GETS WORSE.

THANK YOU

**(DO NOT WRITE BELOW THIS LINE) / (NO ESCRIBA DEBAJO DE ESTA LINEA)**

DATE REVIEWED: _____          SEEN IN MEDICAL DEPARTMENT

ACTION TAKEN: Placed on doctor list
for 8-30-12

____ PLACED ON SICK CALL LIST          DATE OF APPOINTMENT: _____

____ PLACED ON DENTAL LIST          DATE OF APPOINTMENT: _____

MEDICAL STAFF SIGNATURE: _____DW, CPh_____  DATE: 8-26-12

PA. DINEASTSIDE, INC
TRI COUNTY DETENTION CENTER
1026 SHAWNEE COLLEGE ROAD
ULLIN, IL 62996

## PHYSICIAN/ADVANCED PRACTIONER
### TREATMENT PLAN

DETAINEE NAME Matlak, Boguslaw    NUMBER 705792411    ALLERGIES NKA
CHRONIC DISEASE ___    DOB 10·20·89
SUBJECTIVE: Back tingling & felling up on fire.

SIGNIFICANT HISTORY ___

VITAL SIGNS: T 97.5 P 80 R 50 B/P 112/74 WT 152 BS ___ PULSE OX ___

ASSESSMENT: A: Chronic mild Back pain

nvt. compression fx's

done.
since, puter

PLAN: P: avrutig x ray report
MRI thoracic spine
Benzoyl peroxide. 2.5% wash
x/mth

Inacti spray o to topical
x 3 mbts

FOLLOW UP: NURSE VISIT ___    PRACTIONER VISIT ___

DATE 8-30-12    TIME 1448    _Melanie Aromtran_
PHYSICIAN/PRACTIONER SIGNATURE



PALADIN EASTSIDE
PSYCHOLOGICAL SERVICES,
INC.
TRI-COUNTY
DETENTION CENTER

# **MEDICAL REQUEST**

# **Solicated De Asistencia Media**

DATE: 9-2-12

FROM: Boguslaw Matlak

REGISTER NO: 057922411

HOUSING UNIT: INF

| | |
|---|---|
| DATE RECEIVED: | SEP 2 2012 PM 10:48 |
| DATE RETURNED: | SEP 3 2012 AM 7:40 |
| STAFF MEMBER: | |

(Please Check One)     **Medical Complaint**            **Dental Complaint**
                                   ☐                                       ☐
(Fecha De Solicitud)    **Oueja Medica**                 **Oueja Dental**

**SUBJECT** (BRIEFLY STATE YOUR PROBLEM OR CONCERN. YOUR FAILURE TO BE SPECIFIC MAY RESULT IN NO ACTION BEING TAKEN. IF NECESSARY, YOU WILL BE INTERVIEWED IN ORDER TO SUCESSFULLY RESPONE TO YOUR REQUEST A COPY OF YOUR REQUEST WILL BE FILED IN YOUR RECORDS) / (EXPLIQUE BREVEMENTE LA RAZON DE SU SOLICTUD, UNA DE SU SOLICTUD SERA ARCHIVADA EN SUS RECORDS.)

The tingling along with pain is continuously bothering me.
Medications helps little bit for pain and also I can relife pain
for short amount of time during stretch to my spine, but the
tingling is in my back all the time. Please for diagnose or anything to reduce the
INMATES SIGNATURE / FIRMA DEL PRESO _____ THANK YOU                tingling.

(DO NOT WRITE BELOW THIS LINE) / (NO ESCRIBA DEBAJO DE ESTA LINEA)

DATE REVIEWED: _____                SEEN IN MEDICAL DEPARTMENT
                                                                        ☐

ACTION TAKEN: Seen NP 8-30-12 Tests
ordered

___ PLACED ON SICK CALL LIST         DATE OF APPOINTMENT: _____

___ PLACED ON DENTAL LIST            DATE OF APPOINTMENT: _____

MEDICAL STAFF SIGNATURE: J Jackson, LPN   DATE: 9-3-12

# MEDICAL REQUEST

## Solicated De Asistencia Media

DATE      5



COPY

PALADIN EASTSIDE
PSYCHOLOGICAL SERVICES,
INC.
TRI-COUNTY
DETENTION CENTER

COPY




# MEDICAL REQUEST

# Solicated De Asistencia Media

DATE: 9-_5-12

FROM: BOGUSLAW MATLAW

REGISTER NO: 05792241l

HOUSING UNIT: INF

DATE RECEIVED: SEP 5 2012 AM 11:48

DATE RETURNED:

STAFF MEMBER: SEP 5 2012 AM 11:48

(Please Check One)    **Medical Complaint**    **Dental Complaint**

(Fecha De Solicitud)    **Oueja Medica**    **Oueja Dental**

**SUBJECT** (BRIEFLY STATE YOUR PROBLEM OR CONCERN. YOUR FAILURE TO BE SPECIFIC MAY RESULT IN NO ACTION BEING TAKEN. IF NECESSARY, YOU WILL BE INTERVIEWED IN ORDER TO SUCESSFULLY RESPONE TO YOUR REQUEST A COPY OF YOUR REQUEST WILL BE FILED IN YOUR RECORDS) / (EXPLIQUE BREVEMENTE LA RAZON DE SU SOLICTUD. UNA DE SU SOLICTUD SERA ARCHIVADA EN SUS RECORDS.)

I WOULD LIKE TO SEE A MENTAL-HEALTH
DOCTOR. I REALLY NEED TALK TO SOMEONE.
THANK YOU.

INMATES SIGNATURE / FIRMA DEL PRESO

**DO NOT WRITE BELOW THIS LINE / (NO ESCRIBA DEBAJO DE ESTA LINEA)**

DATE REVIEWED:                                    SEEN IN MEDICAL DEPARTMENT

ACTION TAKEN: You have appt next week

___ PLACED ON SICK CALL LIST    DATE OF APPOINTMENT:

___ PLACED ON DENTAL LIST    DATE OF APPOINTMENT:

MEDICAL STAFF SIGNATURE: Jackson LPN    DATE: 9-5-12



PALADIN EASTSIDE
PSYCHOLOGICAL SERVICES, INC.
TRI-COUNTY
DETENTION CENTER

# MEDICAL REQUEST

# Solicated De Asistencia Media

DATE: 9-10-2012

FROM: Boguslaw Motlok

REGISTER NO: 057922411

HOUSING UNIT: Inf

DATE RECEIVED: SEP 10 2012 PM12:04

DATE RETURNED: SEP 10 2012 PM12:07

STAFF MEMBER:

(Please Check One)     **Medical Complaint**     **Dental Complaint**

(Fecha De Solicitud)     **Oueja Medica**     **Oueja Dental**

**SUBJECT** (BRIEFLY STATE YOUR PROBLEM OR CONCERN. YOUR FAILURE TO BE SPECIFIC MAY RESULT IN NO ACTION BEING TAKEN. IF NECESSARY, YOU WILL BE INTERVIEWED IN ORDER TO SUCESSFULLY RESPONE TO YOUR REQUEST A COPY OF YOUR REQUEST WILL BE FILED IN YOUR RECORDS) / (EXPLIQUE BREVEMENTE LA RAZON DE SU SOLICTUD. UNA DE SU SOLICTUD SERA ARCHIVADA EN SUS RECORDS.)

I WOULD LIKE TO SEE A DOCTOR, BECAUSE THE MEDICATIONS FOR PAIN IM TAKING IT'S WORKS GOOD, BUT THE TINGLING ON MY BACK IT'S STILL THERE, ALSO THE FOOT SPRAY DON'T WORK, I WISH THANK ALL OF YOU FOR HELP AND CARE.

INMATES SIGNATURE / FIRMA DEL PRESO

(DO NOT WRITE BELOW THIS LINE) / (NO ESCRIBA DEBAJO DE ESTA LINEA)

DATE REVIEWED: 9-10-12

SEEN IN MEDICAL DEPARTMENT

ACTION TAKEN: You are on the list to see the NP this week, you are also scheduled for a CT of spine this week also

___PLACED ON SICK CALL LIST     DATE OF APPOINTMENT:_____

___PLACED ON DENTAL LIST     DATE OF APPOINTMENT:_____

MEDICAL STAFF SIGNATURE:_____     DATE: 9-10-12