UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Boguslaw Slawomir Matlak,<br><br>Plaintiffs,<br><br>v.<br><br>Correctional Officer Fleming,<br>And Correctional Officer Brown<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 12-CV-1027-JPG |

**ANSWER & JURY DEMAND TO PLAINTIFF'S COMPLAINT**

NOW COMES, the Defendants, Correctional Officer David Fleming and Correctional Officer Rebecca Brown, by their attorney, Jeffrey A. Goffinet of the firm of Brandon, Schmidt & Goffinet, and in Answer to the Plaintiff's Complaint, states:

**I. STATEMENT OF JURISDICTION**

1A. Defendants admit the allegation of paragraph 1A.

1B. Defendants make no response to paragraph 1B, as Warden Acuff Damon has been dismissed from the case.

1C. Defendants admit the allegations of Paragraph 1C as to Correctional Officer Fleming and Correctional Officer Brown.

**II. Previous Lawsuits**

2A. Defendants admit the allegations of Paragraph 2A.

2B (1-8). Defendants admit the allegations of Paragraph 2B(1-8).

**III. GRIEVANCE PROCEDURE**

3A. Defendants admit the allegations of Paragraph 3A.

3B. Defendants admit the allegations of Paragraph 3B.

BRANDON, SCHMIDT, & GOFFINET
ATTORNEYS AT LAW
P.O. BOX 3898
CARBONDALE, IL 62902-3898
(618) 549-0777

3C(1). Defendants admit a grievance was filed for medical treatment and for disciplinary actions toward the officers, but denied the remaining allegations.

3(C)(2). Defendants admit a response was made to the grievance, but deny the remaining allegations.

3(D). Defendants make no response to Paragraph 3(D).

3(E). Defendants deny that there was no prisoner grievance procedure.

3(F)(1). Defendants admit the allegations of Paragraph 3(F)(1).

3(F)(2). Defendants admit the allegations of Paragraph 3(F)(2).

3(G). Defendants make no response to Paragraph 3(G).

3(H). Defendants admit the documents attached are genuine, but deny the truth of plaintiffs' claims.

## IV. STATEMENT OF CLAIM

4(A). Defendants deny any violation of the plaintiffs' constitutional rights, and further deny plaintiffs' description of the alleged incident on August 18, 2012 is accurate. Specifically, defendants deny any violation of the 8th amendment and further deny any unnecessary harm to the plaintiff.

4(A)(1). Defendants deny the allegations of Paragraph 4(A)(1).

4(A)(2). Defendants deny the allegations of paragraph 4(A)(2).

## V. REQUEST FOR RELIEF

5. Defendants deny plaintiff is entitled to the relief requested.

WHEREFORE, the Defendants pray this Court deny Plaintiff's Complaint, and that Plaintiff take nothing thereby, and for their costs of suit.

BRANDON, SCHMIDT, & GOFFINET
ATTORNEYS AT LAW
P.O. BOX 3898
CARBONDALE, IL 62902-3898
(618) 549-0777

BRANDON, SCHMIDT & GOFFINET

BY: /s/Jeffrey A. Goffinet
Jeffrey A. Goffinet, #6187580,
Attorney for Defendant, Correctional Officer David Fleming and Correctional Officer Rebecca Brown

**JURY DEMAND**

Defendant hereby demands trial by jury in the above-captioned cause.

BRANDON, SCHMIDT & GOFFINET

By /s/ Jeffrey A. Goffinet
Jeffrey A. Goffinet, #6187580
Attorney for Defendant, Virginia P. Walker

BRANDON, SCHMIDT,
& GOFFINET
ATTORNEYS AT LAW
P.O. BOX 3898
CARBONDALE, IL 62902-3898
(618) 549-0777

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of December, 2012, I electronically filed Correctional Officer David Fleming and Correctional Officer Rebecca Brown's ANSWER & JURY DEMAND TO PLAINTIFFS' AMENDED COMPLAINT with the Clerk of the Court using the CM/ECF system and have sent by depositing in the US mail a full and complete copy of this document, postage fully prepaid, to:

Mr. Boguslaw Slawomir Matlak
A-057-922-411
Tri County Detention Center
20 Justice Rd.
Ullin, IL 62992

Respectfully submitted,

/s/ Jeffrey A. Goffinet

Jeffrey A. Goffinet, #6187580
916 W. Main St.
PO Box 3898
Carbondale, IL 62902
Phone: (618) 549-0777
Fax: (618) 457-4691
jgoffinet@carbondalelaw.com

BRANDON, SCHMIDT, & GOFFINET
ATTORNEYS AT LAW
P.O. BOX 3898
CARBONDALE, IL 62902-3898
(618) 549-0777