IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BOGUSLAW SLAWOMIR MATLAK, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) )   Case No.  3:12-cv-01027-JPG-PMF |
| ACUFF DAMON, *et al.*, | ) ) ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

This case comes before the Court for case management purposes.  The record demonstrates that the *pro se* Plaintiff has failed to keep an updated mailing address on file with the Court (*see* docs. 23, 25) despite repeated warnings that this case would be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure if he failed to comply with this obligation (*see*, *e.g.*, docs. 6, 11).  The Court has issued an order to show cause as to why this case should not be dismissed for failure to prosecute. *See* Doc. 24.  Plaintiff did not respond to the order to show cause.  It appearing that Plaintiff has lost interest or is otherwise refusing to prosecute this civil case, it is recommended that this case be dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

SO RECOMMENDED.

DATED: August 1, 2013.

*s/ Philip M. Frazier*
PHILIP M. FRAZIER
UNITED STATES MAGISTRATE JUDGE