IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BOGUSLAW SLAWOMIR MATLAK,

    Plaintiff,

vs.

ACUFF DAMON, C/O FLEMING and C/O BROWN,

    Defendants.

Case No. 12-cv-1027-JPG-PMF

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Acuff Damon, C/O Fleming and C/O Brown and against Plaintiff Boguslaw Slawomir Matlak,

IT IS FURTHER ORDERED AND ADJUDGED that this case is dismissed with prejudice as to all Defendants.

**DATED:**    August 20, 2013    NANCY J. ROSENSTENGEL, Clerk of Court

    By:s/Deborah Agans, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**